Same case below, 414 Fed. Appx. 260.

**No. 10-10205. Sheila Dennis, Petitioner v. City of North Miami, Florida, et al.**

564 U.S. 1043, 131 S. Ct. 3074, 180 L. Ed. 2d 897, 2011 U.S. LEXIS 4829, ▮

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 405 Fed. Appx. 397.

**No. 10-10245. Terry J. Bradley, Petitioner v. Terry Terrell, Warden.**

564 U.S. 1043, 131 S. Ct. 3727, 180 L. Ed. 2d 897, 2011 U.S. LEXIS 4869.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10209. Regina Williams, Petitioner v. Cyndi Prudden, Warden.**

564 U.S. 1043, 131 S. Ct. 3074, 180 L. Ed. 2d 897, 2011 U.S. LEXIS 4867.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-10291. Darrell D. Hatton, Petitioner v. Virginia Employment Commission, et al.**

564 U.S. 1043, 131 S. Ct. 3727, 180 L. Ed. 2d 897, 2011 U.S. LEXIS 4888.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-10211. Patrick McCarthy, Petitioner v. Alison Scofield, et al.**

564 U.S. 1043, 131 S. Ct. 3727, 180 L. Ed. 2d 897, 2011 U.S. LEXIS 4887, ▮

June 27, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-10306. Adrian King, Petitioner v. Jeri-Ann Sherry, Warden.**

564 U.S. 1043, 131 S. Ct. 3075, 180 L. Ed. 2d 897, 2011 U.S. LEXIS 4840.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10228. Gary Charles Brestle, Petitioner v. United States.**

564 U.S. 1043, 131 S. Ct. 3727, 180 L. Ed. 2d 897, 2011 U.S. LEXIS 4936, ▮

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10328. Tyrone Powell, Petitioner v. California, et al.**

564 U.S. 1043, 131 S. Ct. 3075, 180 L. Ed. 2d 897, 2011 U.S. LEXIS 4977.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 408 Fed. Appx. 96.